IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| MIKE BORIA | § | |
| VS. | § | CIVIL ACTION NO. 1:04cv789 |
| R.D. MILES, ET AL | § | |

<u>FINAL JUDGMENT</u>

This action came on before the Court, and the issues having been duly considered and a decision rendered, it is

**ORDERED** and **ADJUDGED** that this petition for writ of mandamus corpus is **DISMISSED** without prejudice for failure to exhaust administrative remedies.

All motions by any party not previously ruled on are hereby **DENIED**.

**SIGNED** this the **14** day of **June, 2005.**

_____
Thad Heartfield
United States District Judge